UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSETTE JORDAN,<br><br>  Plaintiff,<br><br>  v.<br><br>AUGUSTINE C. MEKKAM, et. al.,<br><br>  Defendant. | CV F- 02-6128 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se with a civil rights second amended complaint filed on June 5, 2003. The second amended complaint appears to state a cognizable claim for relief against the named defendants for deliberate indifference to a serious medical need in violation of the Eighth Amendment and state law negligence. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Augustine Mekkam, Sampeth Suryadevara, and Dr. Spalding.

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed June 5, 2003.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Four (4) copies of the endorsed second amended complaint filed June 5, 2003.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

    **Dated:   May 1, 2006**               **/s/ Dennis L. Beck**
    3c0hj8                                                UNITED STATES MAGISTRATE JUDGE